**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JORDAN ZAHLER, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No.:  5:25-cv-04215-JMG |
| | : | |
| JACKSON LEWIS P.C., *et al*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 11th day of February, 2026, upon consideration of Defendants' Motion to Dismiss (ECF No. 27), Plaintiff's Opposition to Defendants' Motion to Dismiss (ECF No. 30), and Defendants' Response in Support of its Motion to Dismiss (ECF No. 32), **IT IS HEREBY ORDERED** that, for the reasons set forth in the accompanying Memorandum:

1. Defendants' Motion to Dismiss is **GRANTED**;

2. Plaintiff's claims for whistleblower retaliation under the Consumer Financial Protection Act, civil conspiracy, unauthorized practice of law, defamation, and fraud are **DISMISSED WITH PREJUDICE**;

3. Plaintiff's claims for violations of the Racketeer Influenced and Corrupt Organizations Act, tortious interference with business relations, false advertising, and declaratory judgment are **DISMISSED WITHOUT PREJUDICE**;

4. If Plaintiff wishes to file an Amended Complaint, he must do so on or before **Wednesday, March 4, 2026,** as to those claims dismissed without prejudice.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge